IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV300-C

| | | |
|---|---|---|
| **GARY A. FITZER,** | ) | |
| | ) | |
| Plaintiff, | ) | <u>ORDER</u> |
| | ) | |
| v. | ) | |
| | ) | |
| **SALAD CREATION OF AMERICA, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #10) filed August 10, 2007, requesting admission of Attorney William L. Killion to represent the Defendants. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 10, 2007

Carl Horn, III
United States Magistrate Judge