**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV300-C**

| | | |
|---|---|---|
| **GARY A. FITZER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SALAD CREATION OF AMERICA,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #10)  filed August 10, 2007, requesting admission of Attorney William L. Killion to represent the Defendants.  For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 10, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge