IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV300-C

| | |
|---|---|
| GARY A. FITZER, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| SALAD CREATION OF AMERICA, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendants' "Motion for Admission Pro Hac Vice" (document #9) filed August 10, 2007, requesting admission of Attorney Danell K. Olson to represent the Defendants. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 10, 2007

Carl Horn, III
United States Magistrate Judge