UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV300-C

| | |
|---|---|
| **GARY A. FITZER, on behalf of** ) | |
| **himself and all others similarly** ) | |
| **situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **ORDER** |
| **SALAD CREATIONS OF AMERICA** ) | |
| **INC., LETT-US FRANCHISE** ) | |
| **INTERNATIONAL, LLC, LETT-US** ) | |
| **FRANCISE, LLC, JEFF LEVINE,** ) | |
| **ROBERT SPUCK, MARSHALL** ) | |
| **OWENS, and DAVID GLOWATZKE,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Defendants' Motion to Stay Initial Attorney Conference and Discovery" (document #13) and "Memorandum of Law in Support . . ." (document #14), both filed August 13, 2007. The Defendants seek "to stay the Initial Attorney Conference required under Local Rule 16.1, and to stay all discovery in the above-captioned action pending a decision on Defendants' Motion to Dismiss."

For the reasons stated therein, the Defendants' Motion to Stay Initial Attorney Conference and Discovery is **GRANTED**, that is, the parties shall have **fifteen (15) days** from the date of the Honorable Robert J. Conrad, Jr.'s ruling on the undersigned's Memorandum and Recommendation of the Defendants' now pending Motion to Dismiss.

**SO ORDERED.**

Signed: August 14, 2007

Carl Horn, III
United States Magistrate Judge