## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07CV300-C

| | | |
|---|---|---|
| GARY A. FITZER, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SALAD CREATIONS OF AMERICA INC., LETT-US FRANCHISE INTERNATIONAL, LLC, LETT-US FRANCISE, LLC, JEFF LEVINE, ROBERT SPUCK, MARSHALL OWENS, and DAVID GLOWATZKE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the "Defendants' Motion to Stay Initial Attorney Conference and Discovery" (document #13) and "Memorandum of Law in Support . . ." (document #14), both filed August 13, 2007. The Defendants seek "to stay the Initial Attorney Conference required under Local Rule 16.1, and to stay all discovery in the above-captioned action pending a decision on Defendants' Motion to Dismiss."

For the reasons stated therein, the Defendants' Motion to Stay Initial Attorney Conference and Discovery is **GRANTED**, that is, the parties shall have **fifteen (15) days** from the date of the Honorable Robert J. Conrad, Jr.'s ruling on the undersigned's Memorandum and Recommendation of the Defendants' now pending Motion to Dismiss.

      **SO ORDERED.**

           Signed: August 14, 2007

           _Carl Horn, III_

           Carl Horn, III
           United States Magistrate Judge